UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 13-00316-JFW (SSx)**                                       Date:  February 4, 2013

Title:     In re: Al McZeal
           Al McZeal  -v- GB Inland Properties II, LLC.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                        **None Present**
   **Courtroom Deputy**                                      **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                             None

**PROCEEDINGS (IN CHAMBERS):**     ORDER REMANDING ADVERSARY PROCEEDING TO UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

On January 15, 2013, Debtor Al McZeal ("Debtor") filed a Notice of Removal of an adversary proceeding filed in the United States Bankruptcy Court, Central District of California. Debtor alleges that he is entitled to remove the adversary proceeding to this Court pursuant to 28 U.S.C. § 1452.  28 U.S.C. § 1452 relates to the removal of cases from state courts, involving claims related to bankruptcy cases, and is thus inapplicable. There are no other valid bases for removal alleged in the Notice of Removal.  Accordingly, the Court **REMANDS** the adversary proceeding to the United States Bankruptcy Court, Central District of California.

IT IS SO ORDERED.


cc: Bankruptcy Court

Initials of Deputy Clerk   sr